**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00072-CV

**JOSE A. SANCHEZ, Appellant**

**V.**

**U.S. BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-12-07247-E**

## ORDER

We **GRANT** appellee's February 7, 2013 motion to withdraw and substitute counsel.

We **DIRECT** the Clerk of this Court to substitute Robert F. Maris and Matthew W. Lindsey of

the law firm of Maris & Lanier, P.C. as counsel for appellee in the place of Kathleen Kilanowski

of the law firm of Barrett Daffin Frappier Turner & Engel, L.L.P.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE